**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-40569-EJC |
| MASTER LENDING GROUP, LLC, | : | CHAPTER 7 |
| Debtor. | : | |
| TIFFANY E. CARON, Chapter 7 Trustee for the Bankruptcy Estate of Master Lending Group, LLC | : | |
| Plaintiff, | : | |
| vs. | : | Adv. Pro. No. 23-04013-EJC |
| JUDITH HIRSCH, | : | |
| Defendant. | : | |

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

TIFFANY E. CARON, as Chapter 7 Trustee for the Bankruptcy Estate of Master Lending Group, LLC ("Plaintiff"), and JUDITH HIRSCH ("Defendant"), by their undersigned counsel, hereby stipulate that the time for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's Complaint may be extended until and including Friday, November 3, 2023.

This 13th day of October, 2023.

[Signatures appear on following page]

*/s/Natalie R. Rowland*
Neil C. Gordon (GA Bar No. 302387)
Natalie Rowland (GA Bar No. 431608)
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle SE
Suite 200
Atlanta, GA 30339
(770) 434-6868
ngordon@taylorenglish.com
nrowland@taylorenglish.com

*Counsel for Plaintiff*

*/s/Leon S. Jones w/ express permission*
Leon S. Jones (GA Bar No. 003980)
Cameron S. McCord (GA Bar No. 143605)
JONES & WALDEN, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308
(404) 564-9300
ljones@joneswalden.com
cmccord@joneswalden.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2023, I electronically filed **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** and **PROPOSED ORDER** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Leon S. Jones
ljones@joneswalden.com

Cameron M. McCord
cmccord@joneswalden.com

*/s/ Natalie R. Rowland*
Attorney for Plaintiff